# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLIE DAVID COPELAN and<br>CLARA I. COPELAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELITE LENDING PARTNERS and<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:12-CV-310 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Plaintiffs' Motion to Dismiss without prejudice filed by their lawyer (Doc. 6) and Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 7) and Motion to Continue (Doc. 8) filed by the Plaintiffs personally, even though their lawyer has not withdrawn from the case. Further, the Plaintiffs have failed to respond to the Court's Order to Show Cause (Doc. 5). Accordingly, the Motion to Dismiss (Doc. 6) is **GRANTED** and the case is **DISMISSED without prejudice** pursuant to that Motion and the Plaintiffs' failure to comply with the Order to Show Cause. The Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 7) and Motion to Continue (Doc. 8) shall be **DENIED as moot**.

**SO ORDERED,** this 10th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT